# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PATRICIA YOUNG, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>700 CREDIT, LLC,<br><br>　　　　　Defendant. | Case No. 2:25-cv-13747-LJM-EAS<br><br>Hon. Laurie J. Michelson<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| TENNILLE GREEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>700 CREDIT, LLC,<br><br>　　　　　Defendant. | Case No. 2:25-cv-13890-JJCG-CI<br><br>Hon. Jonathan J.C. Grey<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF FILING OF PLAINTIFF YOUNG AND GREEN'S MOTION TO CONSOLIDATE CASES AND APPOINT THE MILLER LAW FIRM, P.C., MILBERG, PLLC, AND <u>KOPELOWITZ OSTROW P.A. AS INTERIM CO-LEAD COUNSEL</u>**

Pursuant to LR 42.1(a)(2), the undersigned counsel for Plaintiffs Young and Green in the above-captioned actions ("Related Cases"), hereby gives notice that, on December 3, 2025, Plaintiffs Young and Green filed a Motion to Consolidate Cases and Appoint The Miller Law Firm, P.C., Milberg, PLLC, and Kopelowitz Ostrow P.A. as Interim Co-Lead Counsel, to be consolidated within the earliest numbered action, *Young v. 700 Credit, LLC*, Case No. 2:25-cv-13747-LJM-EAS.

Fed. R. Civ. P. 42 (a) provides that "[i]f actions before the court involve a common issue of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost of delay."

L.R. 42.1 provides that "[a] party seeking to consolidate cases under Federal Rule of Civil Procedure 42(a) must: (1) file a motion in the case with the earliest case number; and (2) file a notice of the motion in each related case." *Id.* at § (a). "The district judge presiding in the earliest numbered case will decide the motion. However, the motion may not be granted unless the judges presiding in the related cases consent." *Id.* at § (b). "If the motion is granted, the consolidated cases will be reassigned to the judge presiding in the earliest numbered case." *Id.* at § (c).

On November 24, 2025, the earliest numbered case against Defendant 700 Credit, LLC was filed, which concerns a data security incident that the Plaintiffs allege recently took place at 700 Credit, LLC. The complaints in each of these

Related Cases allege that 700 Credit, LLC failed to adequately safeguard the sensitive personal identifying information of Plaintiffs and putative Class Members, and assert various overlapping and/or similar claims.

Thus, the undersigned have jointly moved to consolidate the Related Cases and appoint E. Powell Miller of The Miller Law Firm, P.C., Gary Klinger of Milberg, PLLC, and Jeff Ostrow of Kopelowitz Ostrow P.A. as Interim Co-Lead Counsel.

Date: December 3, 2025

Respectfully submitted,

*/s/ Gregory A. Mitchell*
E. Powell Miller (P39487)
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
gam@millerlawpc.com

Gary Klinger
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
(866) 252-0878
gklinger@milberg.com

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

*Proposed Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2025, I served the foregoing Motion to Consolidate Action and Appoint Interim Leadership with exhibits and this Court's brief certification form by filing the same using the Court's electronic filing system, which will provide notice to all Parties in this Action. Further, a copy has been mailed to Defendant's registered agent at:

CSC-Lawyers Incorporating Service Company
3410 Belle Chase Way, Ste 600
Lansing, Michigan, 48911

/s/*Gregory A. Mitchell*
Gregory A. Mitchell