UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNILLE GREEN,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

700 Credit, LLC,
*a Delaware limited liability company*,

    Defendant.

Case No. 2:25-cv-13890-JJCG-CI

Hon. Jonathan J.C. Grey

Mag. Judge Curtis Ivy, Jr

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND**

The parties to this matter, by and through their respective counsel, hereby stipulate and request as follows pursuant to Fed. R. Civ. P. 6(b)(1)(A):

1.    This is a class-action negligence, breach of contract, breach of fiduciary duty, declaratory judgment, and unjust enrichment matter brought by Plaintiff Patricia Young against Defendant, 700 Credit, LLC.

2.    The matter arises out of an alleged "data security incident [involving Defendant 700 Credit, LLC] which took place in October 2025." Case 2:25-cv-13747-LJM-EAS, ECF No. 6, PageID.155.

3.    Two other class-action lawsuits alleging common questions of law and fact, which arise from the same alleged data security incident and include the same defendant have been filed in the United States District Court for the Eastern District of Michigan. See *Patricia Young v. 700 Credit,*

*LLC*, Case No. 2:25-cv-13747-LJM-EAS (the "*Young* Matter"); *Martin Schneider v. 700 Credit, LLC*, Case No. 2:25-cv-13963-SKD-KGA (the "*Schneider* Matter").

4. The earliest filed class-action related to this matter is the *Young* Matter. Case No. 2:25-cv-13747-LJM-EAS, ECF No. 6, PageID.162.

5. Plaintiffs here and in the *Young* matter have jointly filed a "Corrected Motion To Consolidate And Appoint" ("Motion to Consolidate"). See Case No. 2:25-cv-13747, ECF No. 6, PageID.154.

6. In the Motion to Consolidate, Plaintiffs *Young* and *Green* allege that all class-action matters satisfy the criteria of Fed. R. Civ. P. 42(a)(2) and E.D. Mich. LR 42.1. *Id*, PageID.163.

7. The Miller Law Firm, P.C. is counsel for Plaintiff in all three matters.

8. Plaintiff *Schneider* has filed a Notice of Filing of Statement of Concurrence in Support of Motion to Consolidate and Appoint Leadership in the Related Young Action. Case No. 2:25-cv-13963-SKD-KGA, ECF No. 7, PageID.75.

9. Further in the Motion for Consolidation, Plaintiffs request a schedule which will allow all Plaintiffs to file master class-action complaint, and which allows for Defendant's Answer or other response to be stayed until forty-five (45) days following the service of the master complaint.

10. Defendant 700 Credit, LLC does not oppose consolidation.

11. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant is required to answer or otherwise respond to Plaintiff's Complaint 21 days after it is served.

12. As such, Defendant's Answer or other response is currently due Wednesday, December 30, 2025.

13. The parties request that pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant 700 Credit, LLC's time to answer or otherwise respond to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12 be stayed until no sooner than forty-five (45) days after the entry of an order on Plaintiffs' Motion to Consolidate.

14. Should this Court grant Plaintiffs' Motion to Consolidate, that Defendant's answer or other response be due within the parameters of that order.

[This space is left intentionally blank]

15. This stipulation is entered into with an express reservation of rights by both parties. Nothing herein shall act to waive any right by either party in law, equity, or otherwise.

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/ Gregory A. Mitchell (w/consent)<br>Gregory A. Mitchell (P68723)<br>E. Powell Miller (P39487)<br>**THE MILLER LAW FIRM, P.C.**<br>950 West University Drive<br>Rochester, MI 48307<br>Tel: (248) 841-2200<br>gam@millerlawpc.com<br>epm@millerlawpc.com | /s/ Daniel V. Barnett<br>Daniel V. Barnett (P82372)<br>Claudia Rast (P40165)<br>Tyler A. Burk (P85077)<br>**BUTZEL LONG, P.C.**<br>*Attorneys for Plaintiff*<br>300 Ottawa Avenue NW, Suite 620<br>Grand Rapids, Michigan 49503<br>(616) 988-5600<br>barnett@butzel.com<br>burkt@butzel.com |
| Dated: December 17, 2025 | Dated: December 17, 2025 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TENNILLE GREEN,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

700 Credit, LLC,
*a Delaware limited liability company*,

    Defendant.

Case No. 2:25-cv-13890-JJCG-CI

Hon. Jonathan J.C. Grey

Mag. Judge Curtis Ivy, Jr

## **STIPULATED ORDER STAYING CASE**

The Court, having reviewed the stipulation of the parties and being otherwise fully advised as to the premises, now therefore:

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Fed. R. Civ. P. 12, the deadline for Defendant 700 Credit, LLC to answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter is stayed until no sooner than forty-five (45) days after the entry of an order on Plaintiffs' Motion to Consolidate (Case 2:25-cv-13747-LJM-EAS, ECF No. 6, PageID.154).

**IT IS FURTHER ORDERED** that this order shall not bar either party from asserting any and all remedies available to them by law, equity, or otherwise.

This is not a final order and does not close the case.

**SO ORDERED.**

**s/ Jonathan J.C. Grey**
Jonathan J.C. Grey
Dated: December 18, 2025 United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 18, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager